# IN THE DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

MICHAEL CUTKOMP,                       )
                                       )
         Petitioner,                   )
                                       )
     v.                                )    Case No. 06-4045
                                       )
PEOPLE OF THE STATE OF ILLINOIS        )
                                       )
         Respondent.                   )

## ORDER

Before the Court is Petitioner Michael Cutkomp's Petition for Writ of Coram Nobis. For the reasons that follow, the Petition will be denied.

In 1979, Petitioner Michael Cutkomp was charged with unlawful possession of cannabis. A plea of guilty was registered in the Fourteenth Judicial Circuit of Rock Island County, Case No. 79-cm-2247. Cutkomp claims that this plea was entered by his attorney without his consent, and that he was not present for the sentencing, nor did he waive his right to be present. Claiming to have been unaware of this until the deadline for appeal had expired, Cutkomp did not file a direct appeal.

Later, Cutkomp was convicted of a federal crime, and his sentence was enhanced due to the 1979 conviction. Cutkomp now petitions this Court for a Writ of Coram Nobis to reverse the 1979 conviction.

Under 28 U.S.C. § 1651, a federal district court has power to vacate one of its judgments of conviction after sentence for that

conviction has expired, if a constitutional right is at stake. U.S. v. Correa-De Jesus, 708 F.2d 1283, 1285 (7th Cir. 1983).

The conviction which Petitioner asks this Court to reverse via Writ of Coram Nobis took place in the Fourteenth Judicial Circuit of Rock Island, Illinois, a state court. Under 28 U.S.C. § 1651, this Court is only authorized to vacate judgments within its own jurisdiction. The state court does not fall under this jurisdiction. Therefore, this Court has no jurisdiction to grant the Petition for Writ of Coram Nobis.

IT IS THEREFORE ORDERED that Michael Cutkomp's Petition for Writ of Coram Nobis be DENIED.

Entered this 31st day of July, 2006.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge