# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Michael Cutkomp**

      vs.      Case Number:  **06-4045**

**People of the State of Illinois**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Coram Nobis is denied.-------------

ENTER this 31st day of July, 2006

JOHN M. WATERS, CLERK

S/Denise Koester

_____
BY:  DEPUTY CLERK